UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KENDRA ORR, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:20-CV-00070 |
| | § | |
| BRYAN COLLIER, ET AL., | § | |
| | § | |
| Defendants. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 29, 2020, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 14. Judge Edison considered Defendant Collier's Motion to Dismiss. Dkt. 12. On July 28, 2020, Judge Edison filed a Memorandum and Recommendation (Dkt. 17) recommending that Defendant Collier's Motion to Dismiss be **GRANTED**.

On August 11, 2020, Plaintiff Kendra Orr filed her Objections. Dkt. 18. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections raised by Kendra Orr; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS**

Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court.  Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 17) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Defendant Collier's Motion to Dismiss (Dkt. 12) is **GRANTED**; and

(3) Defendant Bryan Collier is **DISMISSED** from this case.

It is so **ORDERED**.

SIGNED and ENTERED this 18th day of August, 2020.

_____
JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE