United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| KENDRA ORR, § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:20-cv-70 |
| § | |
| BRYAN COLLIER, *et al.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On May 29, 2020, all dispositive and non-dispositive pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(A)–(B). Dkt. 14. On June 4, 2021, Judge Edison filed a memorandum and recommendation (Dkt. 25) recommending that the defendants' motion for summary judgment (Dkt. 24) be granted.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 25) is approved and adopted in its entirety as the holding of the court; and

(2) The defendants' motion for summary judgment (Dkt. 24) is granted.

Signed on Galveston Island this 22nd day of June 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE